

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW

301 South College Center, 23rd Floor
301 South College Street
Charlotte, NC 28202-6041
T: 704.417.3000  F: 704.377.4814
**nelsonmullins.com**

Justin B. Kaplan
T: 305.373.9436
**justin.kaplan@nelsonmullins.com**

February 7, 2025

<u>**VIA CM/ECF ELECTRONIC FILING**</u>
The Hon. Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
MLK Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

> **RE:** *Khaled Elsisi v. CFT Solutions LLC et al.*
> <u>**Case No. 2:23:cv-20773**</u>

Dear Judge Hammer:

We represent Defendants, CFT Solutions, LLC, Renan De Rocha Gomes Bastos, and Arthur Percy (collectively, "Defendants"). On January 8, 2025, the Court set a hearing to address Plaintiffs' counsel's motions to withdraw and Plaintiffs' intentions to proceed pro se. (ECF No. 75-79). Your Honor expressly required in-person attendance. On January 27, 2025, Plaintiffs circulated a request for permission to appear remotely, but they did not actually file it. We include a copy of same herewith as officers of the Court.

As grounds, Plaintiffs claim—one month in advance and absent any evidence—that weather conditions *may* disrupt travel and that *potential* health risks and financial hardship. Your Honor should decline Plaintiffs' request. This is a complex matter involving allegations of RICO violations, as well as challenges to personal jurisdiction and subject matter jurisdiction that becomes more complex as Plaintiffs' representation and interests fracture. To wit, five of the Plaintiffs apparently retained new counsel, but he has yet to file an appearance on their behalfs. An in-person hearing is necessary to effectively resolve the pending issues related to Plaintiffs' representation and their ability to prosecute this action collectively going forward. Counsel for co-defendant Mr. Israel indicated his preference to proceed virtually.

Respectfully,

/s/ Justin B. Kaplan

Cc: All counsel (with enclosure)

January 27, 2025

The Honorable Michael A. Hammer
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re: Elsisi et al. v. CFT Solutions, LLC et al. 2:23-cv-20773-MEF-MAH


Dear Judge Hammer:

We, all the undersigned plaintiffs in the above-captioned matter, respectfully request that the hearing scheduled for February 25, 2025, be conducted via Zoom. This request is made in light of the anticipated severe weather conditions in New Jersey during that period, which could present significant travel disruptions and potential health risks, particularly for plaintiffs with pre-existing medical conditions.

Furthermore, the financial burden associated with traveling long distances from Florida, Nevada, and Australia imposes an undue hardship on some of the plaintiffs, given the substantial costs of airfare, lodging, and other related expenses. Conducting the hearing remotely would not only alleviate these challenges but also ensure full participation without compromising our well-being and financial stability. The Plaintiffs firmly believe that a virtual hearing would uphold the principles of fairness and accessibility while maintaining the efficiency and integrity of the judicial process.

Part of the Plaintiffs would like to bring to the Court's attention that — Roman, Springfield, Masters, Szabo, and Lewis—have taken proactive steps to ensure compliance with the Court's procedural requirements by retaining Charles Beard, Esq., a distinguished Florida attorney with extensive experience in securities fraud.

Mr. Beard's engagement is instrumental in assisting us with critical aspects of the case, including reviewing our filings to ensure accuracy and compliance, providing strategic legal guidance, clarifying complex court orders, and ensuring we adhere to all deadlines and procedural requirements. His expertise not only enhances our ability to navigate this litigation effectively but also addresses the Court's prior concerns regarding representation and procedural compliance.

While we remain committed to pursuing our claims diligently, financial constraints have unfortunately prevented us from securing full legal representation. Despite these challenges, Mr. Beard's guidance serves as a crucial resource to help us proceed effectively within the legal framework. At present, the remaining plaintiffs from New Jersey continue to proceed pro se, as they have not yet secured consulting assistance or any form of legal representation.

In addition, Roman, Springfield, Szabo, Masters, and Lewis have recently taken a significant step by sending a Letter of Intent to Sue and a Proposed Complaint to our former attorney, Elena Fast. This upcoming hearing directly pertains to Mrs. Fast's withdrawal, and we are submitting the following documents in support of our position: (1) a copy of the Letter of Intent to Sue sent to Ms. Fast, (2) the resume of attorney Charles Beard, demonstrating his extensive qualifications and relevant experience in securities fraud, and (3) our formal agreement with Mr. Beard, outlining his specific role in our case.

To ensure the Court is well-informed, we are attaching the Letter of Intent to Sue, which was sent to The Fast Law Firm on January 24, 2025. This letter underscores our collective determination to seek legal recourse against the firm, limited to the five plaintiffs listed herein, while clarifying that the remaining nine plaintiffs from New Jersey are not part of this action. The letter is further supported by a proposed complaint, which we are prepared to file should The Fast Law Firm decline to engage in pre-trial settlement discussions. Furthermore, in the interest of fairness and procedural diligence, we formally

request that The Fast Law Firm provide their liability insurance details, allowing us to notify their insurer of our intent to sue and submit the proposed complaint. We remain committed to pursuing this matter with the utmost integrity and diligence, and we appreciate the Court's attention to these critical developments in our case.

The attached documents demonstrate our diligent efforts to address the ongoing issues in a responsible and cooperative manner, with the ultimate goal of ensuring the case progresses effectively and without unnecessary delays. We respectfully request the Court to take these significant developments into account and grant the withdrawal of The Fast Law Firm to prevent further conflict, inefficiency, and potential prejudice to the plaintiffs.

Additionally, we seek the Court's approval for remote attendance at the upcoming hearing scheduled for February 25, 2025, via Zoom. Allowing virtual participation will not only facilitate the involvement of all parties—especially those facing logistical and financial challenges—but also uphold the principles of judicial efficiency and accessibility. We are confident that granting this request will contribute to a fair and expedient resolution of the matter.

We sincerely appreciate the Court's time and consideration, and we remain available to provide any further information or clarification as needed.

Enclosures:

- Letter of Intent to Sue (Elena Fast)
- Charles Beard's Resume
- Agreement with Charles Beard

Dated: January 27, 2025

Respectfully submitted,

Gabriela Janeta Roman – Pro Se
Address: 10020 NW 50th Manor
              Coral Springs, FL 33076
Phone: (954)682-1985
Email: roma1531@gmail.com

_Gabriela Roman_____    1/25/2025
Plaintiff's Signature/Signed on

Christopher Emanuel Szabo – Pro Se
Address: 10020 NW 50th Manor
              Coral Springs, FL 33076
Phone: (954)682-2988
Email: christopheremanuelszabo@gmail.com

_Chris_____    1/25/2025
Plaintiff's Signature/Signed on

Khaled Elsisi – Pro Se
Address: 735 Galloping Hill Rd
              Union, NJ 07083
Phone: (201)365-8524
Email: khaled_elsisi19@hotmail.com

_Khaled Elsisi_____    01/25/2025
Plaintiff's Signature/Signed on

Linwood Walker – Pro Se
Address: 63 Elm Street
              Florham Park, NJ 07933
Phone: (973)525-7790
Email: Lwalker3402@yahoo.com

_Linwood Walker_____    01/25/2025
Plaintiff's Signature/Signed on

Najy Kanan – Pro Se
Address: 5 McCabe Ct
　　　　　Little Ferry, NJ 07643
Phone: (201)600-2770
Email: Najy123@gmail.com

*Najy Kanan*　01/25/2025
Plaintiff's Signature/Signed on

Robert Yeng – Pro Se
Address: 46 Marina Drive
　　　　　Bayonne, NJ 07002
Phone: (201)238-0074
Email: ryeng2012@gmail.com

*Robert Yeng*　01/25/2025
Plaintiff's Signature/Signed on

Luis Pinos – Pro Se
Address: 199 Alton St
　　　　　Elizabeth, NJ 07202
Phone: (201)838-5897
Email: luispinos64@yahoo.com

*Luis Pinos*　01/25/2025
Plaintiff's Signature/Signed on

Ahmed Sharafeldin – Pro Se
Address: 482 Avenue E
　　　　　Bayonne, NJ 07002
Phone: (201)253-9960
Email: ahmed.m.sharafeldin@gmail.com

*Ahmed Sharafeldin*　01/25/2025
Plaintiff's Signature/Signed on

Ricardo Marquez – Pro Se
Address: 122 Watson Ave
         Newark, NJ 07112
Phone: (732)322-6866
Email: MARQUEZSALES16@gmail.com

*Ricardo Marquez*    01/25/2025
Plaintiff's Signature/Signed on


Barry Rosner – Pro Se
Address: 50 Morris Ave, Fl 1
         Summit, NJ 07901
Phone: (973)960-6520
Email: barry.rosner@route22toyota.com

*Barry Rosner*    01/25/2025
Plaintiff's Signature/Signed on


Ahmed Khedr – Pro Se
Address: 358 Kettle Creek Rd, #4
         Toms River, NJ 08753
Phone: (732)664-5502
Email: ahmedkhedr5161@gmail.com

*Ahmed Khedr*    01/25/2025
Plaintiff's Signature/Signed on


Asher Bomani Lewis – Pro Se
Address: 3668 El Toro Street
         Las Vegas, NV 89121
Phone: (909)635-7445
Email: inevitablegains@gmail.com

*Asher Bomani Lewis* 01/26/2025
Plaintiff's Signature/Signed on

Stuart Wayne Springfield – Pro Se
Address: 14/3 Ferguson Street
        Maylands 6051 Western Australia
Phone: 61-438-241-970
Email: stuartspringfield@gmail.com

1 / 26 /2025

Plaintiff's Signature/Signed on


Christine Linda Masters – Pro Se
Address: 14/3 Ferguson Street
        Maylands 6051 Western Australia
Phone: 61-416-802-023
Email: chrissy.masters@icloud.com

1 / 26 /2025

Plaintiff's Signature/Signed on


**CERTIFICATE OF SERVICE**

We hereby certify that on January 27, 2025, a copy of the foregoing document was served on all counsel of record via email, including The Fast Law firm.

Gabriela Janeta Roman – Pro Se
Address: 10020 NW 50th Manor
        Coral Springs, FL 33076
Phone: (954)682-1985
Email: roma1531@gmail.com

1/25/2025

Plaintiff's Signature/Signed on

Christopher Emanuel Szabo – Pro Se
Address: 10020 NW 50th Manor
          Coral Springs, FL 33076
Phone: (954)682-2988
Email: christoperemanuelszabo@gmail.com

_____    1/25/2025
Plaintiff's Signature/Signed on

Khaled Elsisi – Pro Se
Address: 735 Galloping Hill Rd
          Union, NJ 07083
Phone: (201)365-8524
Email: khaled_elsisi19@hotmail.com

_Khaled Elsisi_    01/25/2025
Plaintiff's Signature/Signed on

Linwood Walker – Pro Se
Address: 63 Elm Street
          Florham Park, NJ 07933
Phone: (973)525-7790
Email: Lwalker3402@yahoo.com

_Linwood Walker_    01/25/2025
Plaintiff's Signature/Signed on

Najy Kanan – Pro Se
Address: 5 McCabe Ct
          Little Ferry, NJ 07643
Phone: (201)600-2770
Email: Najy123@gmail.com

_Najy Kanan_    01/25/2025
Plaintiff's Signature/Signed on

Robert Yeng – Pro Se
Address: 46 Marina Drive
        Bayonne, NJ 07002
Phone: (201)238-0074
Email: ryeng2012@gmail.com

*Robert Yeng*     01/25/2025
_____
Plaintiff's Signature/Signed on

Luis Pinos – Pro Se
Address: 199 Alton St
        Elizabeth, NJ 07202
Phone: (201)838-5897
Email: luispinos64@yahoo.com

*Luis Pinos*     01/25/2025
_____
Plaintiff's Signature/Signed on

Ahmed Sharafeldin – Pro Se
Address: 482 Avenue E
        Bayonne, NJ 07002
Phone: (201)253-9960
Email: ahmed.m.sharafeldin@gmail.com

*Ahmed Sarafeldin*     01/25/2025
_____
Plaintiff's Signature/Signed on

Ricardo Marquez – Pro Se
Address: 122 Watson Ave
        Newark, NJ 07112
Phone: (732)322-6866
Email: MARQUEZSALES16@gmail.com

*Ricardo Marquez*     01/25/2025
_____
Plaintiff's Signature/Signed on

Barry Rosner – Pro Se
Address: 50 Morris Ave, Fl 1
            Summit, NJ 07901
Phone: (973)960-6520
Email: barry.rosner@route22toyota.com

*Barry Rosner*      01/25/2025
Plaintiff's Signature/Signed on

Ahmed Khedr – Pro Se
Address: 358 Kettle Creek Rd, #4
            Toms River, NJ 08753
Phone: (732)664-5502
Email: ahmedkhedr5161@gmail.com

*Ahmed Khedr*      01/25/2025
Plaintiff's Signature/Signed on

Asher Bomani Lewis – Pro Se
Address: 3668 El Toro Street
            Las Vegas, NV 89121
Phone: (909)635-7445
Email:  inevitablegains@gmail.com

*Asher Bomani Lewis 01/26/2025*
Plaintiff's Signature/Signed on

Stuart Wayne Springfield – Pro Se
Address: 14/3 Ferguson Street
            Maylands 6051 Western Australia
Phone: 61-438-241-970
Email: stuartspringfield@gmail.com

*Stutt  1–26/2025*
Plaintiff's Signature/Signed on

Christine Linda Masters – Pro Se
Address: 14/3 Ferguson Street
       Maylands 6051 Western Australia
Phone: 61-416-802-023
Email: chrissy.masters@icloud.com

1/26/2025

Plaintiff's Signature/Signed on