# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KHALED ELSISI, NAJY KANAN, AHMED KHDER, RICARDO MARQUEZ, ASHER BOMANI LEWIS, LUIS PIÑOS, CHRISTINE LINDA MASTERS, AHMED SHARAFELDIN, LINWOOD WALKER, BARRY ROSNER, STUART WAYNE SPRINGFIELD, ROBERT YENG, GABRIELA JANETA ROMAN, and CHRISTOPHER EMANUEL SZABO** | **Civil Action No. 2:23:cv – 20773** |
| **Plaintiffs** | |
| **v.** | |
| **CFT SOLUTIONS, LLC, ARTHUR PERCY, RENAN DE ROCHA GOMES BASTOS, YVENSON ISRAEL, DIVINE-SEVEN EL, CHUCK MARSHALL, MICHAEL JEX, and ELIDO SANTANA** | |
| **Defendants** | |

## MOTION TO STAY PROCEEDINGS PENDING RULING ON PRO SE STATUS AND MOTION TO VACATE JURISDICTIONAL DISCOVERY PLAN

**To: Honorable Judge Farbiarz**

Plaintiffs, proceeding pro se, respectfully move this Court for an order staying all proceedings, including jurisdictional discovery, until the Court rules on the Plaintiffs' pro se status and the Motion to Vacate the Jurisdictional Discovery Plan and Schedule. In support of this motion, Plaintiffs state as follows:

1. On February 25, 2025, Magistrate Judge Michael A. Hammer granted pro se status to the Plaintiffs during the hearing.

2. Since that time, Plaintiffs have been effectively barred from acting pro se due to procedural irregularities, including refusal to docket filings and contradictory instructions from the Clerk's Office.

3. On March 5, 2025, Plaintiffs resubmitted the Motion to Vacate the Jurisdictional Discovery Plan, which was subsequently docketed, and an order was set for a ruling on April 7, 2025.

4. Plaintiffs are being compelled to participate in a jurisdictional discovery plan that they neither consented to nor were aware of, violating their right to due process and fair representation.

5. The Plaintiffs request an immediate stay on all proceedings until their pro se status is formally recognized, and the Motion to Vacate the Jurisdictional Discovery Plan is ruled upon.

6. Plaintiffs respectfully request that this motion be ruled upon by District Judge Farbiarz, as the matter involves overarching case management and the protection of Plaintiffs' constitutional right to represent themselves.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion to Stay Proceedings and provide such other relief as the Court deems just and proper.

Dated: March 10, 2025

Respectfully submitted,

01. Gabriela Janeta Roman – Pro Se
    Address: 10020 NW 50th Manor
                Coral Springs, FL 33076
    Phone: (954)682-1985
    Email: roma1531@gmail.com

*Gabriela Roman*
_____

Plaintiff's Signature

02. Christopher Emanuel Szabo – Pro Se
    Address: 10020 NW 50th Manor
           Coral Springs, FL 33076
    Phone: (954)682-2988
    Email: christopheremanuelszabo@gmail.com



_____
Plaintiff's Signature


03. Khaled Elsisi – Pro Se
    Address: 735 Galloping Hill Rd
           Union, NJ 07083
    Phone: (201)365-8524
    Email: khaled_elsisi19@hotmail.com

*Khaled Elsisi*
_____
Plaintiff's Signature


04. Linwood Walker – Pro Se
    Address: 63 Elm Street
           Florham Park, NJ 07933
    Phone: (973)525-7790
    Email: Lwalker3402@yahoo.com

*Linwood Walker*
_____
Plaintiff's Signature


05. Najy Kanan – Pro Se
    Address: 5 McCabe Ct
           Little Ferry, NJ 07643
    Phone: (201)600-2770
    Email: Najy123@gmail.com

*Najy Kanan*
_____
Plaintiff's Signature

06. Robert Yeng – Pro Se
   Address: 46 Marina Drive
            Bayonne, NJ 07002
   Phone: (201)238-0074
   Email: ryeng2012@gmail.com

   *Robert Yeng*
   _____
   Plaintiff's Signature


07. Luis Pinos – Pro Se
   Address: 199 Alton St
            Elizabeth, NJ 07202
   Phone: (201)838-5897
   Email: luispinos64@yahoo.com

   *Luis Pinos*
   _____
   Plaintiff's Signature


08. Ahmed Sharafeldin – Pro Se
   Address: 482 Avenue E
            Bayonne, NJ 07002
   Phone: (201)253-9960
   Email: ahmed.m.sharafeldin@gmail.com

   *Ahmed Sharafeldin*
   _____
   Plaintiff's Signature


09. Ricardo Marquez – Pro Se
   Address: 122 Watson Ave
            Newark, NJ 07112
   Phone: (732)322-6866
   Email: MARQUEZSALES16@gmail.com

   *Ricardo Marquez*
   _____
   Plaintiff's Signature

10. Barry Rosner – Pro Se
    Address: 50 Morris Ave, Fl 1
            Summit, NJ 07901
    Phone: (973)960-6520
    Email: barry.rosner@route22toyota.com

*Barry Rosner*
_____
Plaintiff's Signature


11. Ahmed Khedr – Pro Se
    Address: 358 Kettle Creek Rd, #4
            Toms River, NJ 08753
    Phone: (732)664-5502
    Email: ahmedkhedr5161@gmail.com

*Ahmed Khedr*
_____
Plaintiff's Signature


12. Asher Bomani Lewis – Pro Se
    Address: 3668 El Toro Street
            Las Vegas, NV 89121
    Phone: (909)635-7445
    Email: inevitablegains@gmail.com

*Asher Lewis*
_____
Plaintiff's Signature


13. Stuart Wayne Springfield – Pro Se
    Address: 14/3 Ferguson Street
            Maylands 6051 Western Australia
    Phone: 61-438-241-970
    Email: stuartspringfield@gmail.com

_____
Plaintiff's Signature

14. Christine Linda Masters – Pro Se
    Address: 14/3 Ferguson Street
              Maylands 6051 Western Australia
    Phone: 61-416-802-023
    Email: chrissy.masters@icloud.com

_____
    Plaintiff's Signature


**CERTIFICATE OF SERVICE**

We hereby certify that on March 10, 2025, a copy of the foregoing document was served on all counsel of record via email.


01. Gabriela Janeta Roman – Pro Se
    Address: 10020 NW 50th Manor
              Coral Springs, FL 33076
    Phone: (954)682-1985
    Email: roma1531@gmail.com

_____
    Plaintiff's Signature


02. Christopher Emanuel Szabo – Pro Se
    Address: 10020 NW 50th Manor
              Coral Springs, FL 33076
    Phone: (954)682-2988
    Email: christopheremanuelszabo@gmail.com

_____
    Plaintiff's Signature

03. Khaled Elsisi – Pro Se
    Address: 735 Galloping Hill Rd
           Union, NJ 07083
    Phone: (201)365-8524
    Email: khaled_elsisi19@hotmail.com

*Khaled Elsisi*
_____
Plaintiff's Signature

04. Linwood Walker – Pro Se
    Address: 63 Elm Street
           Florham Park, NJ 07933
    Phone: (973)525-7790
    Email: Lwalker3402@yahoo.com

*Linwood Walker*
_____
Plaintiff's Signature

05. Najy Kanan – Pro Se
    Address: 5 McCabe Ct
           Little Ferry, NJ 07643
    Phone: (201)600-2770
    Email: Najy123@gmail.com

*Najy Kanan*
_____
Plaintiff's Signature

06. Robert Yeng – Pro Se
    Address: 46 Marina Drive
           Bayonne, NJ 07002
    Phone: (201)238-0074
    Email: ryeng2012@gmail.com

*Robert Yeng*
_____
Plaintiff's Signature

07. Luis Pinos – Pro Se
    Address: 199 Alton St
                Elizabeth, NJ 07202
    Phone: (201)838-5897
    Email: luispinos64@yahoo.com

*Luis Pinos*
_____
Plaintiff's Signature

08. Ahmed Sharafeldin – Pro Se
    Address: 482 Avenue E
                Bayonne, NJ 07002
    Phone: (201)253-9960
    Email: ahmed.m.sharafeldin@gmail.com

*Ahmed Sharafeldin*
_____
Plaintiff's Signature

09. Ricardo Marquez – Pro Se
    Address: 122 Watson Ave
                Newark, NJ 07112
    Phone: (732)322-6866
    Email: MARQUEZSALES16@gmail.com

*Ricardo Marquez*
_____
Plaintiff's Signature

10. Barry Rosner – Pro Se
    Address: 50 Morris Ave, Fl 1
                Summit, NJ 07901
    Phone: (973)960-6520
    Email: barry.rosner@route22toyota.com

*Barry Rosner*
_____
Plaintiff's Signature

11. Ahmed Khedr – Pro Se
    Address: 358 Kettle Creek Rd, #4
            Toms River, NJ 08753
    Phone: (732)664-5502
    Email: ahmedkhedr5161@gmail.com

*Ahmed Khedr*
_____
Plaintiff's Signature

12. Asher Bomani Lewis – Pro Se
    Address: 3668 El Toro Street
            Las Vegas, NV 89121
    Phone: (909)635-7445
    Email: inevitablegains@gmail.com

*Asher Lewis*
_____
Plaintiff's Signature

13. Stuart Wayne Springfield – Pro Se
    Address: 14/3 Ferguson Street
            Maylands 6051 Western Australia
    Phone: 61-438-241-970
    Email: stuart.springfield@gmail.com
_____
Plaintiff's Signature

14. Christine Linda Masters – Pro Se
    Address: 14/3 Ferguson Street
            Maylands 6051 Western Australia
    Phone: 61-416-802-023
    Email: chrissy.masters@icloud.com
_____
Plaintiff's Signature