IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KHALED ELSISI, et al.,<br><br>Plaintiffs,<br>v.<br><br>CFT SOLUTIONS, et al.,<br><br>Defendants. | Civil Action No. 2:23:cv-20773<br><br>**Motion Return Date: August 18, 2025** |

### NOTICE OF DEFENDANTS' MOTION TO COMPEL PRODUCTION, ATTENDANCE AT DEPOSITIONS, AND FOR SANCTIONS

PLEASE TAKE NOTICE that upon the accompanying Motion to Compel Production, Attendance at Depositions, and for Sanctions, Brief in Support of Motion to Compel Production, Attendance at Depositions, and for Sanctions, and Declaration of Justin B. Kaplan, Defendants, CFT Solutions, LLC, Renan De Rocha Gomes Bastos, and Arthur Percy (collectively, "Defendants"), through undersigned counsel, will move this Court before the Honorable Michael E. Farbiarz, on August 18, 2025, or a different date which the Court deems appropriate, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street Room 4015, Newark, NJ 07101, for an order compelling Plaintiffs to produce all documents responsive to Defendants' Jurisdictional Discovery Requests, compelling each Plaintiff to coordinate the date of their deposition concerning the basis for specific personal jurisdiction and thereafter attend such deposition, and for Sanctions against Plaintiffs, as well as granting such other and further relief as deemed just and proper.

| | |
|---|---|
| Date: July 17, 2025 | Respectfully submitted,<br><br>**NELSON MULLINS RILEY& SCARBOROUGH LLP**<br><br>  *Elyse Cohen*  <br>ELYSE N. COHEN, ESQ.<br>N.J. Attorney Id. No.  155212015<br>1000 Westlakes Drive, Suite 275<br>Berwyn, PA 19312<br>(p): 610-943-5354<br>Elyse.Cohen@nelsonmullins.com<br><br>*And*<br><br>*Justin Kaplan*  <br>JUSTIN KAPLAN, ESQ.<br>*Admitted Pro Hac Vice*<br>Florida Bar No. 33725<br>Florida Bar. No. 1019234<br>2 South Biscayne Blvd., 21st Floor<br>Miami, FL 33131<br>(p): 305.373.9436<br>Justin.Kaplan@nelsonmullins.com<br>Elaine.Kussurelis@nelsonmullins.com<br>*Attorneys for Defendants, CFT Solutions, LLC, Renan De Rocha Gomes Bastos, and Arthur Percy* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KHALED ELSISI, et al.,<br><br>Plaintiffs,<br>v.<br><br>CFT SOLUTIONS, et al.,<br><br>Defendants. | Civil Action No. 2:23:cv-20773<br><br>MOTION RETURN DATE:<br>August 18, 2025 |

**DEFENDANTS' MOTION TO COMPEL PRODUCTION,
ATTENDANCE AT DEPOSITIONS, AND FOR SANCTIONS**

Defendants, CFT Solutions, LLC, Renan De Rocha Gomes Bastos, and Arthur Percy (collectively, "Defendants"), through undersigned counsel and pursuant to Fed. R. Civ. P. 34 and 37, D.N.J. L. Civ. R. 7.1 and 37.1, as well as this Court's Third Amended Jurisdictional Scheduling Order [D.E. 137], file this Motion to Compel Production, Attendance at Depositions, and for Sanctions (the "Motion"). In support of the Motion, Defendants refer to and rely upon the Brief filed contemporaneously herewith in support of their Motion, and expressly incorporate it by reference.

**WHEREFORE,** Defendants, CFT Solutions, LLC, Renan de Rocha Gomes Bastos, and Arthur Percy, respectfully request that this Court grant the Motion and issue an Order compelling Plaintiffs to produce all documents responsive to the Requests for Jurisdictional Discovery served upon them, compelling each Plaintiff to coordinate the date of their jurisdictional depositions and thereafter attend such deposition, as well as granting such other and further relief as deemed just and proper.

| | |
|---|---|
| Date: July 17, 2025 | Respectfully submitted,<br><br>**NELSON MULLINS RILEY&<br>SCARBOROUGH LLP**<br><br>*Elyse Cohen*<br>ELYSE N. COHEN, ESQ.<br>N.J. Attorney Id. No. 155212015<br>1000 Westlakes Drive, Suite 275<br>Berwyn, PA 19312<br>(p): 610-943-5354<br>Elyse.Cohen@nelsonmullins.com<br><br>*And*<br><br>*Justin Kaplan*<br>JUSTIN KAPLAN, ESQ.<br>*Admitted Pro Hac Vice*<br>Florida Bar No. 33725<br>Florida Bar. No. 1019234<br>2 South Biscayne Blvd., 21st Floor<br>Miami, FL 33131<br>(p): 305.373.9436<br>Justin.Kaplan@nelsonmullins.com<br>Elaine.Kussurelis@nelsonmullins.com<br>*Attorneys for Defendants, CFT Solutions,<br>LLC, Renan De Rocha Gomes Bastos, and<br>Arthur Percy* |

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Clarification and to Compel Attendance at Deposition has been served by electronic mail upon Plaintiffs and all counsel of record.

Gabriela Janeta Roman – Pro Se
Roma1531@gmail.com

Khaled Elsisi – Pro Se
Khaled_elsisi19@hotmail.com

Najy Kanan – Pro Se
Najy123@gmail.com

Luis Pinos – Pro Se
Luispinos64@yahoo.com

Ricardo Marquez – Pro Se
Marquezsales16@gmail.com

Ahmed Khedr – Pro Se
Ahmedkhedr5161@gmail.com

Stuart Wayne Springfield – Pro Se
stuartspringfield@gmail.com

Juan Junior Nicasio – Pro Se
nicasioonline@gmail.com

Amar Anand Agrawal, Esquire
aagrawal@egalawfirm.com
*Counsel for Defendant Yvenson Israel*

Christopher Emanuel Szabo – Pro Se
christoperemanuelszabo@gmail.com

Linwood Walker – Pro Se
Lwalker3402@yahoo.com

Robert Yeng – Pro Se
ryeng2012@gmail.com

Ahmed Sharafeldin – Pro Se
ahmed.m.sharafeldin@gmail.com

Barry Rosner – Pro Se
barry.rosner@route22toyota.com

Asher Bomani Lewis – Pro Se
inevitablegains@gmail.com

Christine Linda Masters – Pro Se
Chrissy.masters@icloud.com

Aliqwan Pack – Pro Se
aliqwanpack@gmail.com

Douglas James Ferguson, Esquire
dferguson@egalawfirm.com
*Counsel for Defendant Yvenson Israel*

Dated: July 17, 2025

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

BY: */s/ Elyse Cohen*
Elyse N. Cohen, Esq. (NJ ID No. 155212015)

*Attorneys for Defendants, CFT Solutions, LLC, Renan De Rocha Gomes Bastos, and Arthur Percy*