# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KHALED ELSISI, et al.,** | Civil Action No. 2:23:cv-20773 |
| **Plaintiffs,** | |
| v. | |
| **CFT SOLUTIONS, et al.,** | |
| **Defendants.** | |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Elyse N. Cohen as counsel for Defendants, CFT Solutions, LLC, Renan De Rocha Gomes Bastos and Arthur Percy in the above matter.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

BY: */s/ Elyse N. Cohen*
    Elyse N. Cohen
    NJ Attorney ID No.: 155212015
    1000 Westlakes Drive, Suite 275
    Berwyn, PA 19312
    (p) 610-943-5354
    Elyse.Cohen@nelsonmullins.com

*Attorneys for Defendants, CFT Solutions, LLC, Renan De Rocha Gomes Bastos, and Arthur Percy*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of my Withdrawal of Appearance was served on August 4, 2025, on all counsel of record via CM/ECF pursuant to the Federal Rules of Civil Procedure.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

BY:   Elyse Cohen
      Elyse N. Cohen
      NJ Attorney ID No.: 155212015
      1000 Westlakes Drive, Suite 275
      Berwyn, PA 19312
      (p) 610-943-5354
      Elyse.Cohen@nelsonmullins.com

*Attorneys for Defendants, CFT Solutions, LLC, Renan De Rocha Gomes Bastos, and Arthur Percy*