# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KHALED ELSISI, NAJY KANAN, AHMED KHDER, RICARDO MARQUEZ, ASHER BOMANI LEWIS, LUIS PINOS, CHRISTINE LINDA MASTERS, AHMED SHARAFELDIN, LINWOOD WALKER, BARRY ROSNER, STUART WAYNE SPRINGFIELD, ROBERT YENG, JUAN JUNIOR NICASIO, GABRIELA JANETA ROMAN, CHRISTOPHER EMANUEL SZABO, and ALIQWAN PACK | Civil Action No. 2:23:cv – 20773 JURY TRIAL DEMANDED |

       **Plaintiffs**

    **v.**

CFT SOLUTIONS, LLC, ARTHUR PERCY, RENAN DE ROCHA GOMES BASTOS, YVENSON ISRAEL, DIVINE-SEVEN EL, CHUCK MARSHALL, MICHAEL JEX, and ELIDO SANTANA

       **Defendants**

## ADDENDUM TO MOTION TO VOID LIMITED POWERS OF ATTORNEY (Dkt. 112)

**Filed in Further Support of Motion to Void LPOAs Executed Through Fraudulent Means**

    Plaintiffs respectfully submit this Addendum to Dkt. 112 to clarify and refine the scope of the relief sought in their original motion.

## I. SCOPE OF VOIDANCE REQUESTED

Plaintiffs seek to void only those Limited Powers of Attorney (LPOAs**)** that were executed using false, fraudulent, or fabricated identification documents. Specifically, the following LPOAs are subject to this motion and should be declared void ab initio:

- All LPOAs executed under the entity name ITW; and
- All LPOAs executed under the entity name CFTS**,** with the exception of those signed by Plaintiffs Szabo and Springfield, who executed their LPOAs using their real names and valid identification documents**.**

These LPOAs were procured through the use of allegedly authentic IDs belonging to third parties—specifically individuals connected to the defendants in Panama and Jamaica—along with doctored utility bills and other falsified KYC documentation. While Plaintiffs believed they were authorizing trading accounts through legitimate corporate entities, they never consented to the use of false identities to simulate KYC compliance. As such, these LPOAs are void ab initio, having been executed through fraud, misrepresentation, and identity substitution**.**

## II. LPOAs NOT SUBJECT TO THIS MOTION

To eliminate any ambiguity, Plaintiffs expressly clarify that they do not seek to void the LPOAs executed under the name "CFTraders." Those LPOAs were signed using authentic identification documents voluntarily submitted by the Plaintiffs and are not being challenged at this time.

## III. RELIEF REQUESTED

Accordingly, Plaintiffs respectfully request that the Court:

1. Grant the relief sought in Dkt. 112, limited to the LPOAs executed under ITW and CFTS;

2. Declare those specific LPOAs void ab initio, due to their execution through fraudulent identity documentation and misrepresentation;

3. Acknowledge that LPOAs signed under CFTraders are not contested and remain outside the scope of this motion.


Dated: August 7, 2025                                    Respectfully submitted,


Gabriela Janeta Roman – Pro Se

Address: 10020 NW 50th Manor
              Coral Springs, FL 33076
Phone: (954)682-1985
Email: roma1531@gmail.com

_____
Plaintiff's Signature


Christopher Emanuel Szabo – Pro Se
Address: 10020 NW 50th Manor
              Coral Springs, FL 33076
Phone: (954)682-2988
Email: christoperemanuelszabo@gmail.com

_____
Plaintiff's Signature


Khaled Elsisi – Pro Se
Address: 735 Galloping Hill Rd
              Union, NJ 07083
Phone: (201)365-8524
Email: khaled_elsisi19@hotmail.com

_____
Plaintiff's Signature

Linwood Walker – Pro Se
Address: 63 Elm Street
       Florham Park, NJ 07933
Phone: (973)525-7790
Email: Lwalker3402@yahoo.com

*Linwood Walker*
_____
Plaintiff's Signature

Najy Kanan – Pro Se
Address: 5 McCabe Ct
       Little Ferry, NJ 07643
Phone: (201)600-2770
Email: Najy123@gmail.com

*Najy Kanan*
_____
Plaintiff's Signature

Robert Yeng – Pro Se
Address: 46 Marina Drive
       Bayonne, NJ 07002
Phone: (201)238-0074
Email: ryeng2012@gmail.com

*Robert Yeng*
_____
Plaintiff's Signature

Luis Pinos – Pro Se
Address: 199 Alton St
       Elizabeth, NJ 07202
Phone: (201)838-5897
Email: luispinos64@yahoo.com

*Luis Pinos*
_____
Plaintiff's Signature

Ahmed Sharafeldin – Pro Se
Address: 482 Avenue E
       Bayonne, NJ 07002
Phone: (201)253-9960
Email: ahmed.m.sharafeldin@gmail.com

*Ahmed Sharafeldin*
_____
Plaintiff's Signature

Ricardo Marquez – Pro Se
Address: 122 Watson Ave
       Newark, NJ 07112
Phone: (732)322-6866
Email: MARQUEZSALES16@gmail.com

*Ricardo Marquez*
_____
Plaintiff's Signature

Barry Rosner – Pro Se
Address: 50 Morris Ave, Fl 1
       Summit, NJ 07901
Phone: (973)960-6520
Email: barry.rosner@route22toyota.com

*Barry Rosner*
_____
Plaintiff's Signature

Ahmed Khedr – Pro Se
Address: 358 Kettle Creek Rd, #4
       Toms River, NJ 08753
Phone: (732)664-5502
Email: ahmedkhedr5161@gmail.com

*Ahmed Khedr*
_____
Plaintiff's Signature

Asher Bomani Lewis – Pro Se
Address: 3668 El Toro Street
       Las Vegas, NV 89121
Phone: (909)635-7445
Email: inevitablegains@gmail.com

*Asher Lewis*
_____
Plaintiff's Signature

Stuart Wayne Springfield – Pro Se
Address: 14/3 Ferguson Street
       Maylands 6051 Western Australia
Phone: 61-438-241-970
Email: stuartspringfield@gmail.com

*Stuart Springfield*
_____
Plaintiff's Signature

Christine Linda Masters – Pro Se
Address: 14/3 Ferguson Street
       Maylands 6051 Western Australia
Phone: 61-416-802-023
Email: chrissy.masters@icloud.com

*Christine Masters*
_____
Plaintiff's Signature

Juan Junior Nicasio – Pro Se
Address: 67 Pearl Street
       Paterson, NJ 07501
Phone: (973)389-3827
Email: nicasioonline@gmail.com

*Juan Nicasio*
_____
Plaintiff's Signature

Aliqwan Pack – Pro Se

Address: 30 Circle Drive, A

Tiburon, CA 94920

Phone: (732)640-7741

Email: aliqwanpack@gmail.com


*Aliqwan Pack*
_____

Plaintiff's Signature


CERTIFICATE OF SERVICE


We hereby certify that on August 7, 2025, a copy of the foregoing document was served on all counsel of record via email.


Gabriela Janeta Roman – Pro Se

Address: 10020 NW 50th Manor

Coral Springs, FL 33076

Phone: (954)682-1985

Email: roma1531@gmail.com

*Gabriela Roman*
_____

Plaintiff's Signature


Christopher Emanuel Szabo – Pro Se

Address: 10020 NW 50th Manor

Coral Springs, FL 33076

Phone: (954)682-2988

Email: christoperemanuelszabo@gmail.com

*CMS*
_____

Plaintiff's Signature

Khaled Elsisi – Pro Se
Address: 735 Galloping Hill Rd
            Union, NJ 07083
Phone: (201)365-8524
Email: khaled_elsisi19@hotmail.com

_____
Plaintiff's Signature

Linwood Walker – Pro Se
Address: 63 Elm Street
            Florham Park, NJ 07933
Phone: (973)525-7790
Email: Lwalker3402@yahoo.com

_____
Plaintiff's Signature

Najy Kanan – Pro Se
Address: 5 McCabe Ct
            Little Ferry, NJ 07643
Phone: (201)600-2770
Email: Najy123@gmail.com

_____
Plaintiff's Signature

Robert Yeng – Pro Se
Address: 46 Marina Drive
            Bayonne, NJ 07002
Phone: (201)238-0074
Email: ryeng2012@gmail.com

_____
Plaintiff's Signature

Luis Pinos – Pro Se
Address: 199 Alton St
       Elizabeth, NJ 07202
Phone: (201)838-5897
Email: luispinos64@yahoo.com

*Luis Pinos*
_____
Plaintiff's Signature

Ahmed Sharafeldin – Pro Se
Address: 482 Avenue E
       Bayonne, NJ 07002
Phone: (201)253-9960
Email: ahmed.m.sharafeldin@gmail.com

*Ahmed Sharafeldin*
_____
Plaintiff's Signature

Ricardo Marquez – Pro Se
Address: 122 Watson Ave
       Newark, NJ 07112
Phone: (732)322-6866
Email: MARQUEZSALES16@gmail.com

*Ricardo Marquez*
_____
Plaintiff's Signature

Barry Rosner – Pro Se
Address: 50 Morris Ave, Fl 1
       Summit, NJ 07901
Phone: (973)960-6520
Email: barry.rosner@route22toyota.com

*Barry Rosner*
_____
Plaintiff's Signature

Ahmed Khedr – Pro Se
Address: 358 Kettle Creek Rd, #4
          Toms River, NJ 08753
Phone: (732)664-5502
Email: ahmedkhedr5161@gmail.com

_Ahmed Khedr_

Plaintiff's Signature


Asher Bomani Lewis – Pro Se
Address: 3668 El Toro Street
          Las Vegas, NV 89121
Phone: (909)635-7445
Email:  inevitablegains@gmail.com

_Asher Lewis_

Plaintiff's Signature


Stuart Wayne Springfield – Pro Se
Address: 14/3 Ferguson Street
          Maylands 6051 Western Australia
Phone: 61-438-241-970
Email: stuartspringfield@gmail.com

_Stuart Springfield_

Plaintiff's Signature


Christine Linda Masters – Pro Se
Address: 14/3 Ferguson Street
          Maylands 6051 Western Australia
Phone: 61-416-802-023
Email: chrissy.masters@icloud.com

_Christine Masters_

Plaintiff's Signature

Juan Junior Nicasio – Pro Se
Address: 67 Pearl Street
        Paterson, NJ 07501
Phone: (973)389-3827
Email: nicasioonline@gmail.com

*Juan Nicasio*
_____
Plaintiff's Signature

Aliqwan Pack – Pro Se
Address: 30 Circle Drive, A
        Tiburon, CA 94920
Phone: (732)640-7741

Email: aliqwanpack@gmail.com

*Aliqwan Pack*
_____
Plaintiff's Signature