IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KHALED ELSISI, NAJY KANAN, AHMED KHDER, RICARDO MARQUEZ, ASHER BOMANI LEWIS, LUIS PINOS, CHRISTINE LINDA MASTERS, AHMED SHARAFELDIN, LINWOOD WALKER, BARRY ROSNER, STUART WAYNE SPRINGFIELD, ROBERT YENG, GABRIELA JANETA ROMAN, and CHRISTOPHER EMANUEL SZABO | Civil Action No. 2:23:cv – 20773<br>JURY TRIAL DEMANDED |

**Plaintiffs**

v.

CFT SOLUTIONS, LLC, ARTHUR PERCY, RENAN DE ROCHA GOMES BASTOS, YVENSON ISRAEL, DIVINE-SEVEN EL, CHUCK MARSHALL, MICHAEL JEX, and ELIDO SANTANA

**Defendants**

**NOTICE REGARDING WAIVER OF SERVICE FOR DEFENDANT CFT SOLUTIONS, LLC**

Plaintiffs, appearing pro se, respectfully submit this Notice regarding service of process on Defendant **CFT Solutions, LLC**.

1. On **October 19, 2023**, Defendant CFT Solutions, LLC waived service of the Summons and Complaint.

2. Although Plaintiffs' former counsel did not docket the executed waiver form, Defendants' counsel, Mr. Kaplan, expressly acknowledged the waiver in his filing requesting an extension of time to respond to the Complaint.

3. A true and correct copy of that filing is attached hereto as **Exhibit A**.

4. Plaintiffs rely on this filing as proof that Defendant CFT Solutions, LLC waived service effective October 19, 2023.

Dated: September 21, 2025                                                                 Respectfully submitted,

Gabriela Janeta Roman – Pro Se
Address: 10020 NW 50th Manor
              Coral Springs, FL 33076
Phone: (954)682-1985
Email: roma1531@gmail.com

_____
Plaintiff's Signature

Christopher Emanuel Szabo – Pro Se
Address: 10020 NW 50th Manor
              Coral Springs, FL 33076
Phone: (954)682-2988
Email: christoperemanuelszabo@gmail.com

_____
Plaintiff's Signature

Khaled Elsisi – Pro Se
Address: 735 Galloping Hill Rd
              Union, NJ 07083
Phone: (201)365-8524
Email: khaled_elsisi19@hotmail.com

_____
Plaintiff's Signature

Linwood Walker – Pro Se

Address: 63 Elm Street

        Florham Park, NJ 07933

Phone: (973)525-7790

Email: Lwalker3402@yahoo.com

_____

Plaintiff's Signature

Najy Kanan – Pro Se

Address: 5 McCabe Ct

        Little Ferry, NJ 07643

Phone: (201)600-2770

Email: Najy123@gmail.com

_____

Plaintiff's Signature

Robert Yeng – Pro Se

Address: 46 Marina Drive

        Bayonne, NJ 07002

Phone: (201)238-0074

Email: ryeng2012@gmail.com

_____

Plaintiff's Signature

Luis Pinos – Pro Se

Address: 199 Alton St

        Elizabeth, NJ 07202

Phone: (201)838-5897

Email: luispinos64@yahoo.com

_____

Plaintiff's Signature

Ahmed Sharafeldin – Pro Se

Address: 482 Avenue E

        Bayonne, NJ 07002

Phone: (201)253-9960

Email: ahmed.m.sharafeldin@gmail.com

_____

Plaintiff's Signature

Ricardo Marquez – Pro Se

Address: 122 Watson Ave

        Newark, NJ 07112

Phone: (732)322-6866

Email: MARQUEZSALES16@gmail.com

_____

Plaintiff's Signature

Barry Rosner – Pro Se

Address: 50 Morris Ave, Fl 1

        Summit, NJ 07901

Phone: (973)960-6520

Email: barry.rosner@route22toyota.com

_____

Plaintiff's Signature

Ahmed Khedr – Pro Se

Address: 358 Kettle Creek Rd, #4

        Toms River, NJ 08753

Phone: (732)664-5502

Email: ahmedkhedr5161@gmail.com

_____

Plaintiff's Signature

Asher Bomani Lewis – Pro Se

Address: 3668 El Toro Street

        Las Vegas, NV 89121

Phone: (909)635-7445

Email: inevitablegains@gmail.com

_____

Plaintiff's Signature

Stuart Wayne Springfield – Pro Se

Address: 14/3 Ferguson Street

        Maylands 6051 Western Australia

Phone: 61-438-241-970

Email: stuartspringfield@gmail.com

_____

Plaintiff's Signature

Christine Linda Masters – Pro Se

Address: 14/3 Ferguson Street

        Maylands 6051 Western Australia

Phone: 61-416-802-023

Email: chrissy.masters@icloud.com

_____

Plaintiff's Signature

CERTIFICATE OF SERVICE

We hereby certify that on September 21, 2025, a copy of the foregoing document was served on all counsel of record via email.

Gabriela Janeta Roman – Pro Se
Address: 10020 NW 50th Manor
         Coral Springs, FL 33076
Phone: (954)682-1985
Email: roma1531@gmail.com

_____
Plaintiff's Signature

Christopher Emanuel Szabo – Pro Se
Address: 10020 NW 50th Manor
         Coral Springs, FL 33076
Phone: (954)682-2988
Email: christopheremanuelszabo@gmail.com

_____
Plaintiff's Signature

Khaled Elsisi – Pro Se
Address: 735 Galloping Hill Rd
         Union, NJ 07083
Phone: (201)365-8524
Email: khaled_elsisi19@hotmail.com

_____
Plaintiff's Signature

Linwood Walker – Pro Se
Address: 63 Elm Street
         Florham Park, NJ 07933
Phone: (973)525-7790
Email: Lwalker3402@yahoo.com

_____
Plaintiff's Signature

Najy Kanan – Pro Se
Address: 5 McCabe Ct
         Little Ferry, NJ 07643
Phone: (201)600-2770
Email: Najy123@gmail.com

_____
Plaintiff's Signature

Robert Yeng – Pro Se
Address: 46 Marina Drive
         Bayonne, NJ 07002
Phone: (201)238-0074
Email: ryeng2012@gmail.com

_____
Plaintiff's Signature

Luis Pinos – Pro Se
Address: 199 Alton St
         Elizabeth, NJ 07202
Phone: (201)838-5897
Email: luispinos64@yahoo.com

_____
Plaintiff's Signature

Ahmed Sharafeldin – Pro Se
Address: 482 Avenue E
         Bayonne, NJ 07002
Phone: (201)253-9960
Email: ahmed.m.sharafeldin@gmail.com

_____
Plaintiff's Signature

Ricardo Marquez – Pro Se

Address: 122 Watson Ave

　　　　　Newark, NJ 07112

Phone: (732)322-6866

Email: MARQUEZSALES16@gmail.com

_____

Plaintiff's Signature

Barry Rosner – Pro Se

Address: 50 Morris Ave, Fl 1

　　　　　Summit, NJ 07901

Phone: (973)960-6520

Email: barry.rosner@route22toyota.com

_____

Plaintiff's Signature

Ahmed Khedr – Pro Se

Address: 358 Kettle Creek Rd, #4

　　　　　Toms River, NJ 08753

Phone: (732)664-5502

Email: ahmedkhedr5161@gmail.com

_____

Plaintiff's Signature

Asher Bomani Lewis – Pro Se

Address: 3668 El Toro Street

　　　　　Las Vegas, NV 89121

Phone: (909)635-7445

Email:  inevitablegains@gmail.com

_____

Plaintiff's Signature

Stuart Wayne Springfield – Pro Se

Address: 14/3 Ferguson Street

          Maylands 6051 Western Australia

Phone: 61-438-241-970

Email: stuartspringfield@gmail.com

_____

Plaintiff's Signature

Christine Linda Masters – Pro Se

Address: 14/3 Ferguson Street

          Maylands 6051 Western Australia

Phone: 61-416-802-023

Email: chrissy.masters@icloud.com

_____

Plaintiff's Signature