# VERIFIED RETURN OF SERVICE

| | | |
|---|---|---|
| State of New Jersey | County of | U.S. District Court |

Case Number: 2:23-CV-20773-MEF-MEH

Plaintiff: **KHALED ELSISI, NAJY KANAN, AHMED KHDER, ASHER BOMANI LEWIS, RICARDO MARQUEZ, CHRISTINE LINDA MASTERS, LUIS PINOS, GABRIELA JANETA ROMAN, BARRY ROSNER, AHMED SHARAFELDIN, STUART WAYNE SPRINGFIELD, CHRISTOPHER EMANUEL SZABO, LINWOODWALKER, and ROBERT YENG**

vs.

Defendant: **CFT SOLUTIONS, LLC, ET AL**

BII2023013351

For:
John E. Jenkins, Esq.
Lubiner Schmidt & Palumbo, L.L.C.
123 N. Union Ave
Ste 305
Cranford, NJ 07016

Received by Burke Process Service on the 12th day of December, 2023 at 7:49 am to be served on **YVENSON ISRAEL, 12322 NW 19TH STREET, PLANTATION, FL 33323**.

I, Kevin O'Connor, do hereby affirm that on the **13th day of December, 2023** at **8:31 am, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **Summons and Complaint with Exhibits** to: **YVENSON ISRAEL** at the address of: **12322 NW 19TH STREET, PLANTATION, FL 33323** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: Black, Height: 5'11", Weight: 210, Hair: Black, Glasses: N

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2). I certify that I am over the age of 18, have no interest in the above action and am a Process Server, in good standing, in the judicial circuit in which the process was served.

**Kevin O'Connor**
SPS # 276

**Burke Process Service**
**7200 W. Camino Real**
**Suite 102**
**Boca Raton, FL 33433**
**(954) 514-0116**

Our Job Serial Number: BII-2023013351

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k

```
DELIVERED    12/13/2023 8:31 AM
SERVER       KQJ
LICENSE      SPS # 276
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

KHALED ELSISI, ET AL.,
*Plaintiff*

V.

CFT SOLUTIONS, LLC, ET AL.,
*Defendant*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **2:23-CV-20773-MEF-MAH**

TO: *(Name and address of Defendant):*

Yvenson Israel
12322 NW 19th Street
Plantation, FL 33323

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**



**ISSUED ON 2023-10-03 09:20:38**, Clerk
USDC NJD

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served: _____ ; or

☐ Left the summons at the individual's residence or usual place of abode with (name): _____ a person of suitable age and discretion who resides there, on (date): _____ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left: _____ ; or

☐ Returned unexecuted: _____
_____ ; or

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

Signature of Server

Address of Server