IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KHALED ELSISI, NAJY KANAN, AHMED KHDER, RICARDO MARQUEZ, ASHER BOMANI LEWIS, LUIS PINOS, CHRISTINE LINDA MASTERS, AHMED SHARAFELDIN, LINWOOD WALKER, BARRY ROSNER, STUART WAYNE SPRINGFIELD, ROBERT YENG, JUAN JUNIOR NICASIO, GABRIELA JANETA ROMAN, CHRISTOPHER EMANUEL SZABO, and ALIQWAN PACK**<br><br>      **Plaintiffs**<br>v.<br><br>**CFT SOLUTIONS, LLC, ARTHUR PERCY, RENAN DE ROCHA GOMES BASTOS, YVENSON ISRAEL, DIVINE-SEVEN EL, CHUCK MARSHALL, MICHAEL JEX, and ELIDO SANTANA**<br><br>      **Defendants** | Civil Action No. 2:23:cv – 20773<br>JURY TRIAL DEMANDED |

**To Honorable Judge Farbiarz,**

## PLAINTIFFS' OBJECTION TO THE MAGISTRATE JUDGE'S OCTOBER 23, 2025, TEXT ORDER (D.E. 164) PURSUANT TO FED. R. CIV. P. 72(a)

Plaintiffs, proceeding *pro se*, respectfully object under *Fed. R. Civ. P.* 72(a) and 28 U.S.C. § 636(b)(1)(A) to the Magistrate Judge's unsigned "Text Order" entered on October 23, 2025 (D.E. 164).

### 1. Lack of Authority Over Dispositive Matters

The October 23 Text Order "terminated" Plaintiffs' Motions to Compel Entry of Default (D.E. 161 and 162). These motions are dispositive in nature because they seek the entry of default under *Fed. R. Civ. P.* 55(a), which directly affects the adjudication of the case.

Under 28 U.S.C. § 636(b)(1)(A), a magistrate judge lacks authority to finally determine dispositive matters; such motions must be resolved by the District Judge or addressed through a formal Report and Recommendation.

## 2. The "Order" Is Not a Valid Judicial Order Under Rules 58 and 79

The docket reflects only a **paperless text entry** without signature, file-stamp, or attached document. Under *Fed. R. Civ. P.* 58 and 79(a), a valid order must be entered as a signed writing on the civil docket before it carries legal effect. The October 23 entry therefore cannot serve as a lawful order terminating dispositive motions. Its format more closely resembles an administrative notation or scheduling entry rather than a judicial determination.

## 3. Defense Counsel Improperly Performed the Clerk's Duties

Following this unsigned docket text, **defense counsel—not the Clerk—filed a "Proof of Service" at D.E. 165**, certifying that they had "caused a copy of this Order to be served on all pro se Plaintiffs." This is contrary to *Fed. R. Civ. P.* 77(d), which places the duty of serving notice of orders solely on the Clerk of Court. The Clerk issued no certificate of service, nor any record of distribution. Counsel's assumption of a court function is highly irregular and gives rise to concern that the defense is acting in concert with court personnel, further eroding the appearance of neutrality.

## 4. Overreach Into Matters Reserved for the District Judge

Judge Farbiarz had already scheduled rulings for November 3 and November 17, 2025, on Plaintiffs' Motions to Compel Entry of Default. By unilaterally "terminating" those motions, the magistrate not only removed matters that were pending before the District Judge but also nullified pending requests for relief that remain legally unresolved**.** Plaintiffs do **not** consent to or accept the termination of these motions.

No order of reference or mutual party consent authorized the magistrate to dispose of these motions. Under 28 U.S.C. § 636(c)(1) and Federal Rule of Civil Procedure 73, a magistrate judge may enter a final judgment or dispose of dispositive motions only if *all parties* have given written consent.

*"Upon the consent of the parties, a full-time United States magistrate judge … may conduct any or all proceedings in a jury or nonjury civil matter and order the entry of judgment in the case."* — 28 U.S.C. § 636(c)(1)

The Supreme Court has emphasized that consent must be knowing and voluntary and that courts must protect the voluntariness of any such consent. *Roell v. Withrow*, 538 U.S. 580, 590–91 (2003). Moreover, circuit precedent makes clear that absent express, mutual consent a magistrate lacks jurisdiction to issue final dispositive rulings; consent cannot be presumed or supplied by one party alone. *Hall v. Sharpe*, 812 F.2d 644, 646–47 (11th Cir. 1987).

Because no written, mutual consent by the parties has been filed in this case, any purported termination of dispositive motions by the magistrate is an unauthorized adjudication beyond his jurisdiction and must be vacated.

**5. Refusal to Acknowledge the Amended Complaint**

The District Court granted leave to amend, and Plaintiffs' Amended Complaint was formally filed on April 18, 2025, and docketed on April 21. Yet the magistrate continues to proceed as if it does not exist—relying solely on the District Judge's May 30, 2024, order that preceded the defendants' defaults and was tied to the original complaint. The Court never struck or dismissed the amendment, and partial recognition of new plaintiffs while ignoring the amended pleading as a whole has no precedent in any circuit. This pattern underscores a broader absence of judicial oversight.

**6. Improper Continuation of Jurisdictional Discovery**

Plaintiffs further object to the magistrate's insistence on enforcing a jurisdictional discovery plan that Plaintiffs never consented to and that was prepared by withdrawn counsel in collaboration with the defense. Because the defendants have defaulted and no responsive pleadings are pending, any continuation of jurisdictional discovery is inconsistent with *Fed. R. Civ. P.* 55(a), which deems well-pleaded allegations admitted upon default.

**7. Relief Requested**

Plaintiffs respectfully request that the District Judge:

1. Vacate October 23, 2025, Text Order (D.E. 164) insofar as it purports to terminate D.E. 161 and 162;
2. Restore those motions to the District Judge's calendar for decision as previously scheduled;
3. Direct the Clerk's Office to perform its own service duties and to cease delegating them to opposing counsel; and
4. Suspend any further proceedings or sanctions under the October 23 entry pending proper judicial review.

Date: October 24, 2025,                                                      Respectfully submitted,

01. Gabriela Janeta Roman – Pro Se
    Address: 10020 NW 50th Manor
             Coral Springs, FL 33076
    Phone: (954)682-1985
    Email: roma1531@gmail.com

_____
Plaintiff's Signature

02. Christopher Emanuel Szabo – Pro Se
   Address: 10020 NW 50th Manor
   Coral Springs, FL 33076
   Phone: (954)682-2988
   Email: christoperemanuelszabo@gmail.com

   _____
   Plaintiff's Signature

03. Khaled Elsisi – Pro Se
   Address: 735 Galloping Hill Rd
   Union, NJ 07083
   Phone: (201)365-8524
   Email: khaled_elsisi19@hotmail.com

   _____
   Plaintiff's Signature

04. Linwood Walker – Pro Se
   Address: 63 Elm Street
   Florham Park, NJ 07933
   Phone: (973)525-7790
   Email: Lwalker3402@yahoo.com

   _____
   Plaintiff's Signature

05. Najy Kanan – Pro Se
   Address: 5 McCabe Ct
   Little Ferry, NJ 07643
   Phone: (201)600-2770
   Email: Najy123@gmail.com

   _____
   Plaintiff's Signature

06. Robert Yeng – Pro Se
    Address: 46 Marina Drive
             Bayonne, NJ 07002
    Phone: (201)238-0074
    Email: ryeng2012@gmail.com

    *Robert Yeng*
    _____
     Plaintiff's Signature

07. Luis Pinos – Pro Se
    Address: 199 Alton St
             Elizabeth, NJ 07202
    Phone: (201)838-5897
    Email: luispinos64@yahoo.com

    *Luis Pinos*
    _____
     Plaintiff's Signature

08. Ahmed Sharafeldin – Pro Se
    Address: 482 Avenue E
             Bayonne, NJ 07002
    Phone: (201)253-9960
    Email: ahmed.m.sharafeldin@gmail.com

    *Ahmed Sharafeldin*
    _____
     Plaintiff's Signature


09. Ricardo Marquez – Pro Se
    Address: 122 Watson Ave
             Newark, NJ 07112
    Phone: (732)322-6866
    Email: MARQUEZSALES16@gmail.com

    *Ricardo Marquez*
    _____
     Plaintiff's Signature

10. Barry Rosner – Pro Se
    Address: 50 Morris Ave, Fl 1
            Summit, NJ 07901
    Phone: (973)960-6520
    Email: barry.rosner@route22toyota.com

    *Barry Rosner*
    _____
    Plaintiff's Signature

11. Ahmed Khedr – Pro Se
    Address: 358 Kettle Creek Rd #4
            Toms River, NJ 08753
    Phone: (732)664-5502
    Email: ahmedkhedr5161@gmail.com

    *Ahmed Khedr*
    _____
    Plaintiff's Signature

12. Asher Bomani Lewis – Pro Se
    Address: 3668 El Toro Street
            Las Vegas, NV 89121
    Phone: (909)635-7445
    Email: inevitablegains@gmail.com

    *Asher Lewis*
    _____
    Plaintiff's Signature

13. Stuart Wayne Springfield – Pro Se
    Address: 14/3 Ferguson Street
            Maylands 6051 Western Australia
    Phone: 61-438-241-970
    Email: stuartspringfield@gmail.com

    *Stuart Springfield*
    _____
    Plaintiff's Signature

14. Christine Linda Masters – Pro Se
    Address: 14/3 Ferguson Street
    Maylands 6051 Western Australia
    Phone: 61-416-802-023
    Email: chrissy.masters@icloud.com

    _____
    Plaintiff's Signature

15. Juan Junior Nicasio – Pro Se
    Address: 67 Pearl Street
    Paterson, NJ 07501
    Phone: (973)389-3827
    Email: nicasioonline@gmail.com

    _____
    Plaintiff's Signature

16. Aliqwan Pack – Pro Se
    Address: 30 Circle Drive, A
    Tiburon, CA 94920
    Phone: (732)640-7741
    Email: aliqwanpack@gmail.com

    _____
    Plaintiff's Signature

**CERTIFICATE OF SERVICE**

We hereby certify that on October 24, 2025, a copy of the foregoing document was served on all counsel of record via email.

01. Gabriela Janeta Roman – Pro Se
    Address: 10020 NW 50th Manor
    Coral Springs, FL 33076
    Phone: (954)682-1985
    Email: roma1531@gmail.com

    *Gabriela Roman*
    _____
    Plaintiff's Signature

02. Christopher Emanuel Szabo – Pro Se
    Address: 10020 NW 50th Manor
    Coral Springs, FL 33076
    Phone: (954)682-2988
    Email: christoperemanuelszabo@gmail.com

    _____
    Plaintiff's Signature

03. Khaled Elsisi – Pro Se
    Address: 735 Galloping Hill Rd
    Union, NJ 07083
    Phone: (201)365-8524
    Email: khaled_elsisi19@hotmail.com

    _____
    Plaintiff's Signature

04. Linwood Walker – Pro Se
    Address: 63 Elm Street
    Florham Park, NJ 07933
    Phone: (973)525-7790
    Email: Lwalker3402@yahoo.com

    *Linwood Walker*
    _____
    Plaintiff's Signature

05. Najy Kanan – Pro Se
    Address: 5 McCabe Ct
             Little Ferry, NJ 07643
    Phone: (201)600-2770
    Email: Najy123@gmail.com

*Najy Kanan*
  Plaintiff's Signature

06. Robert Yeng – Pro Se
    Address: 46 Marina Drive
             Bayonne, NJ 07002
    Phone: (201)238-0074
    Email: ryeng2012@gmail.com

*Robert Yeng*
  Plaintiff's Signature

07. Luis Pinos – Pro Se
    Address: 199 Alton St
             Elizabeth, NJ 07202
    Phone: (201)838-5897
    Email: luispinos64@yahoo.com

*Luis Pinos*
  Plaintiff's Signature

08. Ahmed Sharafeldin – Pro Se
    Address: 482 Avenue E
             Bayonne, NJ 07002
    Phone: (201)253-9960
    Email: ahmed.m.sharafeldin@gmail.com

*Ahmed Sharafeldin*
  Plaintiff's Signature

09. Ricardo Marquez – Pro Se
    Address: 122 Watson Ave
             Newark, NJ 07112
    Phone: (732)322-6866
    Email: MARQUEZSALES16@gmail.com

    *Ricardo Marquez*
    Plaintiff's Signature

10. Barry Rosner – Pro Se
    Address: 50 Morris Ave, Fl 1
             Summit, NJ 07901
    Phone: (973)960-6520
    Email: barry.rosner@route22toyota.com

    *Barry Rosner*
    Plaintiff's Signature

11. Ahmed Khedr – Pro Se
    Address: 358 Kettle Creek Rd #4
             Toms River, NJ 08753
    Phone: (732)664-5502
    Email: ahmedkhedr5161@gmail.com

    *Ahmed Khedr*
    Plaintiff's Signature

12. Asher Bomani Lewis – Pro Se
    Address: 3668 El Toro Street
             Las Vegas, NV 89121
    Phone: (909)635-7445
    Email: inevitablegains@gmail.com

    *Asher Lewis*
    Plaintiff's Signature

13. Stuart Wayne Springfield – Pro Se
    Address: 14/3 Ferguson Street
             Maylands 6051 Western Australia
    Phone: 61-438-241-970
    Email: stuartspringfield@gmail.com

    *Stuart Springfield*
    Plaintiff's Signature

14. Christine Linda Masters – Pro Se
    Address: 14/3 Ferguson Street
             Maylands 6051 Western Australia
    Phone: 61-416-802-023
    Email: chrissy.masters@icloud.com

    *Christine Masters*
    Plaintiff's Signature

15. Juan Junior Nicasio – Pro Se
    Address: 67 Pearl Street
             Paterson, NJ 07501
    Phone: (973)389-3827
    Email: nicasioonline@gmail.com

    *Juan J Nicasio*
    Plaintiff's Signature

16. Aliqwan Pack – Pro Se
    Address: 30 Circle Drive, A
             Tiburon, CA 94920
    Phone: (732)640-7741
    Email: aliqwanpack@gmail.com

    *Aliqwan Pack*
    Plaintiff's Signature