UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KHALED ELSISI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CFT SOLUTIONS, et al.,<br><br>Defendants. | Civil Action No. 23-20773 (MEF) (MAH)<br><br><br>FIFTH AMENDED JURISDICTIONAL SCHEDULING ORDER |

**THIS MATTER** having come before the Court for a status conference held on the record on November 21, 2025;

and for the reasons set forth on the record on November 21, 2025;

and for good cause shown:

**IT IS on this 21st day of November 2025,**

**ORDERED THAT:**

1. Plaintiffs shall serve a collective set of written discovery demands (*i.e.*, one set of document production demands and/or interrogatories on behalf of all Plaintiffs), limited to jurisdictional discovery, on Defendants by **January 16, 2026.**

2. Depositions shall be limited to jurisdictional discovery, and shall not exceed three (3) per side. By **January 16, 2026**, the Plaintiffs will collectively inform the Defendants: (1) which three Plaintiffs will submit to deposition by the Defendants; and (2) any Defense witness they seek to collectively depose.

3. All responses to written discovery demands must be served by **February 27, 2026.**

   **If any Plaintiff fails or refuses to substantive responses to Defendants' written discovery demands by that date, the Court will issue an Order to Show Cause as to why sanctions, including dismissal of that Plaintiff's claims, should not be imposed against that Plaintiff, pursuant to Federal Rule of Civil Procedure 16(f), 37, and 41 for failure to comply with the Court's discovery orders.**

4. All depositions shall be scheduled by **February 27, 2026.**

5. All depositions shall be completed by **April 30, 2026.**

   a. If an unresolved dispute arises at a deposition, then the parties must contact by phone the Chambers of the Undersigned for assistance during the deposition. **Failure to contact the Undersigned to intervene in a deposition dispute, before adjourning or completing the deposition, will constitute waiver of the right to seek relief for that deposition dispute.**

6. There will be a status conference before the Undersigned on **March 18, 2026 at 2:30 p.m.** via Microsoft Teams. The Court will provide a link prior to the conference. At that conference, the parties will be prepared to discuss their progress in completing discovery and a briefing schedule for Defendants' renewed motion to dismiss for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2).

7. Defense counsel will kindly serve a copy of this Order on all pro se Plaintiffs at their address of record by **November 26, 2025.**

8. As regards the motion of pro se Plaintiff Stuart Wayne Springfield to voluntarily dismiss his claims, filed on November 12, 2025 [D.E. 168], Defense counsel will prepare a proposed form of Stipulation and Order, execute and submit same to Mr. Springfield for his signature, and file the fully executed version on or before **December 15, 2025.**

*s/Michael A. Hammer*
**United States Magistrate Judge**